# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2015

150846(154)

DTE ELECTRIC COMPANY, a/k/a DETROIT
EDISON COMPANY,
        Plaintiff-Appellee,

v

JOSEPH CONSTANT,
        Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150846
COA: 317976
Oakland CC: 2013-132055-CH

      On order of the Chief Justice, the third motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on June 12, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    June 23, 2015                      
_____     _____